## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRAD ROOT,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **vs.** | : | **NO. 13-5584** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Respondents** | : | |

## O R D E R

**AND NOW,** this        3rd        day of June, 2015, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin, there being no objections thereto, IT IS HEREBY ORDERED that:

1.        The Report and Recommendation is APPROVED and ADOPTED.

2.        The petition for writ of *habeas corpus* is DENIED without prejudice and DISMISSED without an evidentiary hearing.

3.        There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.